1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  HARTLEY M. K. WEST (CABN 191609)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6747
7      FAX: (415) 436-7234
       Hartley.west@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 14-499 RS |
| Plaintiff, | ) |
| | ) **STIPULATION TO CONTINUE COURT** |
| v. | ) **APPEARANCE AND EXCLUDE TIME UNDER** |
| | ) **THE SPEEDY TRIAL ACT FROM DECEMBER** |
| JEFFREY NEELY, | ) **9, 2014, TO JANUARY 13, 2015; [**~~PROPOSED~~**]** |
| | ) **ORDER** |
| Defendant. | ) |

The United States, by and through its counsel, Assistant U.S. Attorney Hartley M. K. West, and defendant Jeffrey Neely, by and through his counsel Martin Raskin, hereby respectfully request that the initial appearance currently scheduled for December 9, 2014, before this Court be continued to January 13, 2015, and that time be excluded for continuity of defense counsel.

Defense counsel is currently in a trial that is lasting longer than expected. Counsel's trial is now anticipated to end the week of December 15-19, 2014. Immediately after it concludes, counsel will be leaving for a family vacation, returning January 7, 2015. Accordingly, the parties stipulate to continuing the scheduled appearance to the Court's first available date after defense counsel returns, or January 13,

STIP. TO CONTINUE COURT APPEARANCE
& EXCLUDE TIME; [PROPOSED] ORDER
CR 14-499 RS

1  2015.  The parties further stipulate that it is appropriate to exclude time under the Speedy Trial Act for
2  continuity of defense counsel, and for effective preparation in light of counsel's need to review
3  extensive discovery produced by the government.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: November 26, 2014                MELINDA HAAG
                                        United States Attorney


                                        _____/s/_____
                                        HARTLEY M. K. WEST
                                        Assistant United States Attorney


DATED: November 26, 2014

                                        _____/s/_____
                                        MARTIN RASKIN
                                        Counsel for defendant

STIP. TO CONTINUE COURT APPEARANCE
& EXCLUDE TIME; [PROPOSED] ORDER
CR 14-499 RS                            2

1 **[PROPOSED] ORDER**

2   Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the initial appearance
3 currently scheduled before this Court on December 9, 2014, shall be continued to January 13, 2015.
4 Based upon the representation of counsel and for good cause shown, the Court finds that failing to
5 exclude the time between December 9, 2014, and January 13, 2015, would unreasonably deny defendant
6 continuity of counsel and would unreasonably defense counsel the reasonable time necessary for
7 effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).
8 The Court further finds that the ends of justice served by excluding the time between December 9, 2014,
9 and January 13, 2015, from computation under the Speedy Trial Act outweigh the best interests of the
10 public and the defendant in a speedy trial.

11   Therefore, IT IS HEREBY ORDERED that the time between December 9, 2014, and January 13,
12 2015, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and
13 (B)(iv).

15   IT IS SO ORDERED.

17 DATED: 12/1/14

HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE

STIP. TO CONTINUE COURT APPEARANCE
& EXCLUDE TIME; [PROPOSED] ORDER
CR 14-499 RS                                3